_____

No. 96-2900
_____

United States of America,           *
                                     *
          Appellee,                  *
                                     *
     v.                              *
                                     *
Danilo Cajina, also known as         *
Danny, also known as Alex,           *
                                     *
          Appellant.                 *

_____                  Appeals from the United States
                             District Court for the Western
No. 96-2935                  District of Missouri
_____

United States of America,           *          **[UNPUBLISHED]**
                                     *
          Appellee,                  *
                                     *
     v.                              *
                                     *
Camilo A. Cajina, Jr., also          *
known as Eddie,                      *
                                     *
          Appellant.                 *

_____

Submitted:  December 10, 1996

Filed:  December 13, 1996
_____

Before FAGG, FLOYD R. GIBSON, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Danilo and Camilo A. Cajina appeal their drug-related
convictions and sentences.  They contend the evidence is
insufficient to support the jury's verdicts.  They also contend the

district court miscalculated the quantity of drugs attributable to them and thus failed properly to determine appropriate base offense levels for their sentences.  Discussion of the issues presented by these appeals will serve no useful purpose.  We have carefully considered the Cajinas' contentions and find them to be without merit.  We affirm their convictions and sentences.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.